# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRUMAN ROGER GAULDEN,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
EGAN K. WALKER, DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78501

FILED

APR 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying, in part, petitioner's motion in limine seeking to introduce evidence of prior sexual conduct at his criminal trial.

Having considered the petition, answer thereto, and supporting documents, we conclude that our extraordinary intervention in this matter is not warranted. Trial is scheduled to commence next week, and the district court ruled without prejudice to petitioner's ability to renew his motion to introduce this evidence at trial. Moreover, petitioner can appeal from any adverse judgment, which precludes writ relief. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841

19-15847

(2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). Accordingly, we

ORDER the petition DENIED.[1]

_____ C.J.
Gibbons

_____, J.
Pickering

_____, J.
Cadish

cc:     Hon. Egan K. Walker, District Judge
        Washoe County Alternate Public Defender
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

---

[1]In light of this order, petitioner's emergency motion for a stay is denied as moot.